■ In the Matter of the Claim of THEONE HUG, Appellant. LEWISTON-PORTER CENTRAL SCHOOL DISTRICT, Respondent. PHILIP ROSS, as Industrial Commissioner, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 4, 1979. Decision affirmed, without costs (see *Matter of Wilson [Ross],* 80 AD2d 980). Mahoney, P.J., Sweeney, Kane, Yesawich, Jr., and Weiss, JJ., concur.